Constantine G. Papavizas (admitted pro hac vice)
**WINSTON & STRAWN LLP**
1700 K St., NW
Washington, DC 20006
(202) 282-5000
cpapavizas@winston.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x          Date of Service:  September 23, 2009
                                                       :
LIBERTY SHIPPING GROUP LLC          :
                                                       :
                                                       :
                                                       :
                    Plaintiff,               :
                                                       :
         -against-                           :                  1:09-cv-03161(ENV)(VVP)
                                                       :
THE UNITED STATES OF AMERICA,  :
et al.                                                :
                                                       :
                    Defendants.           :
-------------------------------------------------------x

## NOTICE OF DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Liberty Shipping Group LLC, by and through

counsel, voluntarily dismisses the above-captioned action without prejudice.

WINSTON & STRAWN LLP

By:     /s Constantine G. Papavizas
        Constantine G. Papavizas (admitted
        pro hac vice)
        1700 K Street, N.W.
        Washington, D.C.  20006
        (202) 282-5000
        Email: cpapavizas@winston.com

        Anthony DiSarro
        200 Park Avenue
        New York, New York  10166

(212) 294-6700
adisarro@winston.com
*Attorneys for Plaintiff*

Of Counsel:
Thomas L. Mills
Nicholas Rogers
1700 K Street, N.W.
Washington, D.C.  20006
(202) 282-5000

TO:

James R. Cho
United States Attorneys Office
Eastern District Of New York
271 Cadman Plaza East
Brooklyn, NY 11201
(718) 254-6519
Email: james.cho@usdoj.gov
*Attorneys for Defendants*

Rachelle M. Barstow
Maersk Inc.
2 Giralda Farms
Madison Avenue
Madison, NJ 07940
(973) 514-5007
Email: rachelle.barstow@maersk.com
*Attorneys for Intervenor* Maersk Line, Limited

Daniel L. Brown
Greggory B. Mendenhall
Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 332-3800
Email: dlbrown@sheppardmullin.com
        gmendenhall@sheppardmullin.com

W. Bruce Shirk
David S. Gallacher
Sheppard, Mullin Richter & Hampton LLP
1300 I Street, NW
Washington, DC 20005

(202) 741-8426
Email: bshirk@sheppardmullin.com
        dgallacher@sheppardmullin.com
*Attorneys for Intervenor* U.S. United Ocean Services, LLC